UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 20-mj-5666 (KMW) |
| | : | |
| v. | : | UNSEALING ORDER |
| | : | |
| JOHN MICHAEL MUSBACH | : | |

This matter having come before the Court upon the application of the United States of America, by Craig Carpenito, United States Attorney (Diana Vondra Carrig, Assistant United States Attorney, appearing) for an order unsealing the Complaint in this matter after the arrest of the defendant, and for good cause shown,

IT IS on this 13th day of August, 2020,

ORDERED that the Complaint in this matter is unsealed.

_____
HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge