AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> JOHN MICHAEL MUSBACH <br> *Defendant* | ) <br> ) <br> ) Case No. 20-MJ-5666-KMW <br> ) <br> ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 08/13/2020

*Defendant's signature*

T Young
*Signature of defendant's attorney*

Tom Young 86753 PA
*Printed name and bar number of defendant's attorney*

Fed Defender NJ

*Address of defendant's attorney*

thomas_young@fd.org
*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*