UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : DOCKET NO. 20-mj-5666 (KMW) |
| JOHN MICHAEL MUSBACH | : |

TO:   Clerk, U.S. District Court

**ENTRY OF APPEARANCE**

    Please enter my appearance on behalf of the Defendant JOHN MICHAEL MUSBACH in the above-captioned matter.

DATE: 08-18-2020         By:   /s/ *Rocco C. Cipparone, Jr.*

ROCCO C. CIPPARONE, JR., ESQUIRE
203-205 BLACK HORSE PIKE
HADDON HEIGHTS, NEW JERSEY 08035
(856) 547-2100
(856) 547-2225 (fax)
e-mail: courtnotices@cipparonelaw.com