# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** August 20, 2020

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**  **DOCKET NO.:** 20-mj-5666-KMW-1

UNITED STATES OF AMERICA

VS.

JOHN MICHAEL MUSBACH

**DEFENDANT PRESENT**

**APPEARANCES:**

DIANA CARRIG, ESQ. – AUSA FOR GOVERNMENT
ROCCO CIPPARONE – AFPD FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH - U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   DETENTION HEARING  by Videoconference

Hearing on application of govt. for detention pending trial
Oral Opinion placed on the record; Ordered application granted
Ordered deft. detained pending trial; Order of detention to be entered

*s/Marnie Maccariella*
**DEPUTY CLERK**

TIME COMMENCED:  10:40    TIME ADJOURNED: 11:25  TOTAL TIME: 45 Minutes