UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | : |
| | : |
| | : |
| v. | : |
| | : |
| JOHN MICHAEL MUSBACH | :   Mag. No. 20-mj-5666 (KMW) |

<u>DEFENDANT'S MOTION TO SEAL EXHIBIT A TO MOTION FOR PRETRIAL RLEASE (DOCKET DOC. 20)</u>

PLEASE TAKE NOTICE that defendant JOHN MICHAEL MUSBACH, by his undersigned attorney, hereby moves this Court to seal Exhibit A to the Defendant's Motion for Pretrial Release Filed as Docket Doc. #20.  Exhibit A contains substantial medical and other sensitive information about the defendant and is not capable of being redacted without gutting the document of all meaningful substance needed as relevant to factors in the motion.  The information contained therein is sensitive and should not be made publicly available.

Respectfully submitted,

*/s/ Rocco C. Cipparone, Jr.*
Rocco C. Cipparone, Jr. Esq.
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN MICHAEL MUSBACH | : | Mag. No. 20-mj-5666 (KMW) |

## SEALING ORDER

This matter having come before the Court on motion of the defendnat JOHN MICHAEL MUSBACH through his attorney Rocco C. Cipparone, Jr., Esq. to seal Exhibit A to the defendant's Motion for Pretrial Release (Docket Document #20);  and for good cause shown, shown,

IT IS ON this        day of JANUARY, 2021 ,

ORDERED that Exhibit A to the defendant's Motion for Pretrial Release (Docket Document #20) shall be and are hereby SEALED until further Order of this Court.

_____
HONORABLE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE