# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** January 25, 2021

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ZOOM

**TITLE OF CASE:**

**DOCKET NO.:** 20-mj-5666-KMW-1

UNITED STATES OF AMERICA

VS.

JOHN MICHAEL MUSBACH

### DEFENDANT PRESENT

**APPEARANCES:**

DIANA CARRIG, ESQ. – AUSA FOR GOVERNMENT
ROCCO CIPPARONE – AFPD FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH - U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:** Hearing on Motion for Release from Custody [Doc. 20] and **Motion to Seal Exh. A to Motion for Release [Doc. 21]** by Zoom

Defendant advised of rights.
Defendant consents to this hearing by video conferencing. Order to be entered.
Hearing on Defendant's Motion for Release from Custody [20]. Ordered Motion is denied.
Hearing on Government's application for continued detention. Ordered Motion is granted.
Ordered Defendant's current condition of detention shall remain in effect.
Hearing on Defendant's Motion to Seal Exh. A to Motion for Release [Doc. 21]. Ordered Motion is granted.
Ordered Defendant remanded to the custody of the U.S. Marshal.

*s/Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED: 2:04    TIME ADJOURNED: 3:02    TOTAL TIME: 58 Minutes