UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | : |
| | : |
| | : |
| v. | : |
| | : |
| JOHN MICHAEL MUSBACH | :  Mag. No. 20-mj-5666 (KMW) |

## SEALING ORDER

This matter having come before the Court on motion of the defendnat JOHN MICHAEL MUSBACH through his attorney Rocco C. Cipparone, Jr., Esq. to seal Exhibit A to the defendant's Motion for Pretrial Release (Docket Document #20); and for good cause shown, shown,

IT IS ON this 25th day of JANUARY, 2021 ,

ORDERED that Exhibit A to the defendant's Motion for Pretrial Release (Docket Document #20) shall be and are hereby SEALED until further Order of this Court.

_____
HONORABLE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE